IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00434-MSK-CBS

UNION OIL COMPANY OF CALIFORNIA,

    Plaintiff,

v.

PAMELA REIGER, Area supervisor, Lakewood Compliance Division,
  for the Minerals Management Service of the U.S. Department of the Interior,
PHILLIP SYKORA, Program Director, Onshore Compliance and Asset Management,
  for the Minerals Management Service of the U. S. Department of the Interior, and
GALE NORTON, Secretary of the U.S. Department of the Interior,

    Defendants.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

IT IS ORDERED that, within 30 days after judgment is entered or the case is dismissed, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 16th day of March, 2006

                              BY THE COURT:

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge

Dockets.Justia.com